UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRADLEY J. ISLER, a California individual, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>INTERNATIONAL AUTO LOGISTICS, LLC, a Georgia limited liability company; DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:14-cv-08599-JAK PLA<br><br>**JUDGMENT**<br><br>**JS-6** |

　　Bradley J. Isler ("Plaintiff") brought this action against International Auto Logistics LLC ("Defendant") alleging that he and other similarly situated individuals were damaged when Defendant failed to deliver their personal vehicles to and from various international and domestic locations in accordance with its obligations to do so under the terms of a government contract. Defendant moved to dismiss, and the motion was granted.

　　NOW, THEREFORE, IT IS ADJUDGED that:

　　Plaintiff Bradley J. Isler shall take nothing on his Complaint and Judgment is

1 | entered in favor of Defendant INTERNATIONAL AUTO LOGISTICS, LLC.

3 | Date: July 1, 2015

Hon. John A. Kronstadt
United States District Judge

LEWIS
BRISBOIS